## CERTIFICATION OF SERVICE

I hereby certify that on this 10th day of May, 2007 a copy of the May 3, 2007 Order of Judge Eginton has been served by operation of the Court's electronic filing system on all counsel who have an e-mail address on record with the Court. Parties may access this filing through the Court's CM/ECF's system.

In addition, I hereby certify that the on this 10th day of May, 2007 a copy of the foregoing was mailed by Federal Express Overnight Mail, postage prepaid, to the following parties of record:

| | |
|---|---|
| First Choice Imaging LLC<br>2350 North Reading Road, Store #5<br>Denver, PA 17517 | William Haken<br>5490 Calvary Road<br>Harrisburg, PA 17112 |

/s/ Mitchell Cohen
Mitchell D. Cohen, Esq. (CT20757)
Aiesha Battle, Esq. (PHV01692)
ARENT FOX LLP
1675 Broadway
New York, NY 10019-5820
Tel.: (212) 457-5441
Fax: (212) 484-3990
E-mail: cohen.mitchell@arentfox.com

- and -

Ilan Markus, Esq. (CT26345)
Rachel Reingold Mandel, Esq. (CT26938)
TYLER COOPER & ALCORN, LLP
205 Church Street
New Haven, CT 06510
Tel.: (203) 784-8200
Fax: (203) 777-1181
E-mail: imarkus@tylercooper.com

*Attorneys for Plaintiffs*
*GRAPHIC SAVINGS GROUP LLC*
*J.J. BENDER LLC*

NYC/332358.1